CHANCE E. GORDON
515 E. Grant Road #141-277
Tucson, AZ 85705
Tel. (702) 816-0231
Secondking71@gmail.com

Plaintiff In Pro Per



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA-TUCSON

| | |
|---|---|
| CHANCE E. GORDON, an individual,<br><br>Plaintiff,<br>v.<br><br>SCOTIA GROUP MANAGEMENT, LLC, an Arizona Limited Liability Company, NATIONAL CREDIT SYSTEMS, INC, A Georgia Corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. CV17-0169TUC-JR<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT SCOTIA GROUP MANAGEMENT LLC'S MOTION TO DISMISS; AFFIDAVIT OF JORGE MARTINEZ IN SUPPORT** |

Plaintiff CHANCE E. GORDON, (hereinafter "Plaintiff"), hereby submits the following Memorandum of Points and Authorities in Opposition to Defendant Scotia Group Management LLC's Motion to Dismiss.

## INTRODUCTION

Defendant Scotia Management LLC, (hereinafter "Defendant") is asking the Court to dismiss the underlying action and to award it attorney's fees. Defendant asserts that it is entitled to this relief based upon the false assertion that it was not validly served. Plaintiff requests that Defendant's motion be denied and that it be instructed to answer Plaintiff's Complaint.

As reflected in the Declaration of Jorge Martinez, the Summons and Complaint was served on a representative of Defendant. Therefore, service of process is valid. As a result, the underlying motion must be denied and Defendant instructed to answer.

## LEGAL ARGUMENT

### A. Plaintiff has Complied With the Service Requirements of Federal Rule of Civil Procedure 4(h)

Federal Rule of Civil Procedure 4(h) requires that service be effectuated by delivering a copy of the summons and the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or law. As reflected in the Declaration of Jorge Martinez, the summons and complaint was delivered to a general agent of Defendant. Based upon the foregoing, it is clear that service has been legally effectuated on Defendant. As a result, Defendant's motion has no merit.

### B. Defendant has Failed to Rebut the Presumption of Valid Service

Defendant provides an affidavit from Stacy Tolbert for the purpose of convincing the Court that service was not validly effectuated. Notably, even if Defendant's version of events were to be believed, service would still be considered valid. As long as a defendant has been personally served and given a notice and opportunity to be heard, service is considered valid. (*See* Mullane v. Central Hanover Bank & Trust Co. 339 U.S. 306, 314 (1950). Defendant admits in its motion that personal service was effectuated. In addition, it has been given a notice and opportunity to be heard. Thus, pursuant to Mullane, service is valid.

## CONCLUSION

Based upon the above arguments, it is respectfully requested that Defendant's Motion be denied and that it be instructed to answer the complaint. In the alternative, in the event the Court determines that service was not proper, it is requested that in lieu of

DECLARATION OF JORGE MARTINEZ PURSUANT TO 28 U.S.C. §1746

I, Jorge Martinez, declare as follows:

1. On May 18, 2017, I presented at the premises of Scotia Group Management, LLC, located at 6340 N Campbell Avenue, Suite #170, Tucson, AZ, 85718. Upon doing so, I was greeted by a female receptionist. I informed her that I was in possession of a summons and complaint that I wished to serve. I gave her the summons and complaint. She then gave the summons and complaint to another woman.

2. A gentleman from the back of the suite came to the front. The woman in possession of the summons and complaint then handed these documents to him. Upon receipt of the documents, he began yelling. Based upon the fact that this man was clearly in charge, I came to the conclusion that he was an agent of Scotia Group Management and thus could legally accept service on its behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 15, 2017 in Tucson, Arizona.

_____
JORGE MARTINEZ

# CERTIFICATE OF SERVICE

I, _____Andrea M. Brooks_____, declare:

I am employed in the County of Pima, State of Arizona. I am over the age of eighteen years old, and am not a party to the within action. My business address is 6732 E. 42nd Street, Tucson, Arizona, 85730.

I can attest that I served the document described as **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT SCOTIA GROUP MANAGEMENT LLC'S MOTION TO DISMISS; AFFIDAVIT OF JORGE MARTINEZ IN SUPPORT** via U.S. MAIL by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service at Tucson, Arizona so that it will be received within the next two business days. I am "readily familiar" with the practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Tucson, Arizona on those whose addresses appears below:

Theodore M. Horowitz
Koglmeier Law Group, P.L.C.
715 North Gilbert Road
Mesa, Arizona, 85203-6656
Attorney for Defendant Scotia Group Management LLC

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Executed on the __15th__ day of June, 2017.

_____
ANDREA M. BROOKS