Charity A. Olson
*Pro hac vice*
BROCK & SCOTT, PLLC
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712
Charity.olson@brockandscott.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chance E. Gordon, | Case No.: 4:17-cv-00169-DCB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Scotia Group Management LLC, an Arizona Limited Liability Company, National Credit Systems Incorporated, a Georgia Corporation, and Unknown Party name as Does 1-10, | |
| Defendants. | |

Defendants, National Credit Systems Incorporated and Scotia Group Management LLC (together, "Defendants"), by and through undersigned counsel, hereby inform the Court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

Defendants therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated: September 19, 2017         BROCK & SCOTT, PLLC

/s/ Charity A. Olson
Charity A. Olson

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby state that on September 19, 2017, a copy of the foregoing document was filed via the Court's ECF system and served upon the following parties as follows:

Via U.S. First Class and Electronic Mail:
Chance E. Gordon
515 E. Grant Rd., #141-277
Tucson, AZ 85705
Secondking71@gmail.com

/s/ Charity A. Olson
Charity A. Olson