Charity A. Olson
*Pro hac vice*
**BROCK & SCOTT, PLLC**
2723 S. State St., Suite 150
Ann Arbor, MI 48104
(734) 222-5179
Charity.olson@brockandscott.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chance E. Gordon,<br><br>    Plaintiff,<br><br>v.<br><br>Scotia Group Management LLC, an Arizona Limited Liability Company, National Credit Systems Incorporated, a Georgia Corporation, and Unknown Party name as Does 1-10,<br><br>    Defendants. | Case No 4:17-cv-00169-DCB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Chance E. Gordon and Defendants' Scotia Group Management LLC and National Credit Systems Incorporated, stipulate to dismiss this action, with prejudice, and each party to bear its own fees and costs. This stipulation is accompanied by a proposed form of order.

Dated: January 9, 2018

| | |
|---|---|
| /s/ _[signature]_<br>Chance E. Gordon<br>515 E. Grant Rd., #141-277<br>Tucson, AZ 85705<br>Secondking71@gmail.com | /s/ Charity A. Olson<br>Charity A. Olson<br>Brock & Scott, PLLC<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>charity.olson@brockandscott.com |