# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chance E. Gordon,<br><br>　　　Plaintiff,<br><br>v.<br><br>Scotia Group Management LLC, an Arizona Limited Liability Company, National Credit Systems Incorporated, a Georgia Corporation, and Unknown Party name as Does 1-10,<br><br>　　　Defendants. | Case No.: 4:17-cv-00169-DCB<br><br>**ORDER OF DISMISSAL** |

　　　The Court, having considered Plaintiff Chance E. Gordon and Defendants Scotia Group Management LLC and National Credit Systems Incorporated's Stipulation for Dismissal with Prejudice, and good cause appearing,

　　　IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own fees and costs. This action is closed.

　　　Dated this 9th day of January, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Honorable David C. Bury
United States District Judge